No. 687, Misc.   BRULE *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   Petitioner *pro se.   Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 694, Misc.   KIMES *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   *Hugh N. Clayton* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 715, Misc.   BRYAN *v.* NEW YORK.   Appellate Division of the Supreme Court of New York, Fourth Judicial Department.   Certiorari denied.

No. 732, Misc.   ANGLIN *v.* UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.

No. 738, Misc.   PETERS *v.* NEW YORK.   Court of Appeals of New York.   Certiorari denied.

No. 739, Misc.   HELWIG *v.* CAVELL, WARDEN.   Supreme Court of Pennsylvania, Western District.   Certiorari denied.

No. 742, Misc.   GENTNER *v.* MARTIN, WARDEN.   Supreme Court of Pennsylvania, Eastern District.   Certiorari denied.   Petitioner *pro se.   James N. Lafferty* and *Victor H. Blanc* for respondent.

No. 746, Misc.   SZOCKI *v.* CAVELL, WARDEN.   Court of Common Pleas of Erie County, Pennsylvania.   Certiorari denied.